# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY ALEXANDER GRAVESBEY CDCR #E-20555,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER TOMICA BYRD-HUNT; C/O NAVARRO; OFFICER P. COVELLO,<br><br>Defendants. | Case No.: 3:19-cv-00372-CAB-RBM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Doc. 6.] |

## I. INTRODUCTION

RODNEY ALEXANDER GRAVESBEY ("Plaintiff"), a California prisoner incarcerated at Richard J. Donovan Correctional Facility in San Diego, California ("RJD"), and proceeding *in pro per* and *in forma pauperis*, has filed a Motion for Leave to File an Amended Complaint and Supplemental Complaint. (Doc. 6.) Plaintiff seeks to allege further causes of actions against additional defendants. (*Id.*)

## II. LEGAL STANDARD

Rule 15(a)(1) of the Federal Rules of Civil Procedure allows a party to amend its pleadings once as a matter of course within "21 days of serving it," or "if the pleadings is one to which a responsive pleading is required, 21 days after service of a responsive

1

pleading or 21 days after service of a [motion to dismiss], whichever is earlier." The Ninth Circuit has noted "on several occasions ... that the 'Supreme Court has instructed the lower federal courts to heed carefully the command of Rule 15(a), F[ed]. R. Civ. P., by freely granting leave to amend when justice so requires.'" *Gabrielson v. Montgomery Ward & Co.,* 785 F.2d 762, 765 (9th Cir.1986) (quoting *Howey v. United States,* 481 F.2d 1187, 1190 (9th Cir.1973) (citations omitted). Thus, "[r]ule 15's policy of favoring amendments to pleadings should be applied with 'extreme liberality.'" *U.S. v. Webb,* 655 F.2d 977, 979 (9th Cir. 1981) (citing *Rosenberg Brothers & Co. v. Arnold,* 283 F.2d 406 (9th Cir. 1960) (per curiam)).

### III. DISCUSSION

At the time of writing, it does not appear that Plaintiff technically needs leave to amend his Complaint. Here, Plaintiff filed his Complaint on February 22, 2019. (Doc. 1.) On February 25, 2019, Plaintiff submitted a copy of his CDCR Inmate Statement Report and a prison certificate completed by an accounting official at RJD attesting to his trust account activity (Doc. 2, at 1-3), which the Court construed as a motion to proceed *in forma pauperis* and granted (Doc. 3.). On April 4, 2019, the Clerk of Court issued a summons and provided Plaintiff with a blank U.S. Marshal Form 285 pursuant to the Court's Order. (Doc. 4.) However, it does not appear that the Complaint has been served yet. As such, the time deadlines after which leave of Court is required to file an amended complaint have not yet expired. Plaintiff may therefore file his amended complaint without leave of Court.

However, the Civil Local Rules for the Southern District of California impose additional requirements on parties seeking to amend their pleadings. For example, "[e]very pleading to which an amendment is permitted ... must be complete in itself without reference to the superseded pleading. Civ. L. R. 15.1(a). Additionally, "[a]ny motion to amend a pleading must be accompanied by (1) a copy of the proposed amended pleading, and (2) a version of the proposed amended pleading that shows—through redlining, underlining, strikeouts, or other similarly effective typographic methods—how the proposed amended pleading differs from the operative pleading." Civ. L. R. 15.1(b).

The Court is not unsympathetic to Plaintiff's situation: it may be impossible to expect an incarcerated individual to submit a red-lined copy of his original pleading. On the other hand, the Court cannot be expected to lift language from various pleadings and motions and construct an amended complaint. Accordingly, should Plaintiff choose to file an amended superseding pleading, he must file a single document containing his alleged causes of action and the factual allegations in support thereof.

## IV. CONCLUSION

For the reasons set forth above, Plaintiffs motion is **GRANTED**. Should Plaintiff choose to file an amended pleading, he is **directed** to do so in compliance with Rule 15 of the Federal Rules of Civil Procedure and Rule15.1(a) of the Civil Local Rules for the Southern District of California.

**IT IS SO ORDERED.**

DATE: June 4, 2019

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE